(135 So. 918)

**Ex parte John H. ADAMS.**

6 Div. 929.

Supreme Court of Alabama.

May 28, 1931.

W. A. Denson, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(137 So. 910)

**ADAMSON MOTOR CO. v. STATE.**

6 Div. 885.

Supreme Court of Alabama.

Nov. 24, 1931.

PER CURIAM.

Appeal dismissed by agreement.

(137 So. 910)

**Ike ADLER v. CITY OF BIRMINGHAM et al.**

6 Div. 881.

Supreme Court of Alabama.

Nov. 24, 1931.

PER CURIAM.

Appeal dismissed by appellant.

(134 So. 913)

**AMERICAN SECURITY LIFE INS. CO. v. C. A. GOODWIN et al.**

6 Div. 734.

Supreme Court of Alabama.

April 21, 1931.

PER CURIAM.

Appeal dismissed.

(134 So. 913)

**AMERICAN STANDARD LIFE INS. CO. v. George B. ELLIS.**

6 Div. 868.

Supreme Court of Alabama.

May 14, 1931.

Hugh A. Locke, of Birmingham, for appellant.

Crampton Harris, of Birmingham, for appellee.

BOULDIN, J.

Appeal dismissed by agreement.

(137 So. 910)

**B. C. ANDERSON, etc., v. B. G. SINGLETON et al.**

2 Div. 988.

Supreme Court of Alabama.

Nov. 24, 1931.

Dozier & Gray, of Mobile, for appellant.

Wm. Cunninghame, of Linden, and Gordon, Edington & Leigh, of Mobile, for appellees.

PER CURIAM.

Appeal dismissed by appellant.